No. 93–6130. IN RE JONES. Motion of petitioner for leave to proceed *in forma pauperis* denied. See this Court's Rule 39.8. Petitioner is allowed until November 29, 1993, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

No. 93–6352. IN RE PUNCHARD; and
No. 93–6372. IN RE SKURDAL. Petitions for writs of habeas corpus denied.

No. 93–5418. REED *v.* FARLEY, SUPERINTENDENT, INDIANA STATE PRISON, ET AL. C. A. 7th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 92–1862. B. C. *v.* LOUISIANA. Ct. App. La., 3d Cir. Certiorari denied.

No. 92–8798. HILL *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 92–8872. COX *v.* BUNNELL, SUPERINTENDENT, CALIFORNIA CORRECTIONAL INSTITUTION, TEHACHAPI. C. A. 9th Cir. Certiorari denied.

No. 92–9158. HOUSTON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–38. FARMER *v.* HAAS ET AL. C. A. 7th Cir. Certiorari denied.

No. 93–90. BLAKE CONSTRUCTION CO., INC. *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 93–97. RIND *v.* SECURITIES AND EXCHANGE COMMISSION. C. A. 9th Cir. Certiorari denied.

No. 93–171. KAMEHAMEHA SCHOOLS/BISHOP ESTATE *v.* EQUAL EMPLOYMENT OPPORTUNITY COMMISSION. C. A. 9th Cir. Certiorari denied.